IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EVA BOWEN,

      Appellant,

v.

CHASE HOME FINANCE LLC,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3241

Opinion filed September 24, 2014.

An appeal from the Circuit Court for Duval County.
Charles O. Mitchell, Jr., Senior Judge.

Eva Bowen, Atlantic Beach, Appellant.

William David Newman, Jr. of Choice Legal Group, P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, SWANSON, and MAKAR, JJ., CONCUR.